**MIDDLEBROOKS SHAPIRO, P.C.**
P.O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
Melinda D. Middlebrooks, Esq.
middlebrooks@middlebrooksshapiro.com
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
*Withdrawing Proposed Counsel for 125*
*Berckman St., LLC, Chapter 11 Debtor*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| **125 BERCKMAN ST., LLC**, | Case No.: 26-15661-CMG |
| Chapter 11 Debtor and Debtor-in-Possession. | Honorable Christine M. Gravelle |
| | Hearing Date: June 23, 2026 at 2:00 p.m. |

**APPLICATION IN SUPPORT OF MOTION FOR ORDER PERMITTING
MIDDLEBROOKS SHAPIRO, P.C. TO WITHDRAW AS PROPOSED COUNSEL TO
CHAPTER 11 DEBTOR AND DEBTOR-IN-POSSESSION 125 BERCKMAN ST., LLC
PURSUANT TO D.N.J. LBR 9010-2(B) AND GRANTING RELATED RELIEF**

Middlebrooks Shapiro, P.C. ("Your Applicant" or "MSPC"), withdrawing counsel to 125

Berckman St., LLC, Chapter 11 Debtor and Debtor-In-Possession (the "Debtor"), by way of its

motion for entry of an Order authorizing MSPC to withdraw as counsel to the Debtor and for

related relief (the "Motion"), respectfully represents to the Court as follows:

**PROCEDURAL BACKGROUND**

1.      On May 19, 2026, the Debtor, by and through MSPC, filed a voluntary petition for

relief under Chapter 11 of Title 11 of the United States Code commencing the instant case. Docket

No. 1.

2.      That same day, MSPC filed an Application for Retention as counsel to the Debtor. Docket No. 4.

3.      On May 20. 2026, the Court issued an *Order to Show Cause Why Case Should Not Be Dismissed for Failure to File Missing Documents*, which was returnable on Jun 9, 2026. Docket No. 6.

4.      On May 20, 2026, a telephonic 341(a) Meeting of Creditors was scheduled for June 24, 2026, Docket No. 6.

### REQUEST FOR RELIEF

5.      Your Applicant has diligently represented the Debtor from the outset of this Chapter 11 case. *See* Certification of Melinda D. Middlebrooks, Esq. in support of the Motion.

6.      There are irreconcilable differences between Your Applicant and the Debtor, including the dishonoring of a check presented by the Debtor for partial payment of MSPC's retainer fee and challenges in communication, which due to the attorney-client privilege cannot be fully disclosed. *Id.*

7.      These irreconcilable differences, including communication difficulties, will have a direct and adverse impact on the continued administration of the Debtor's case. *Id.*

8.      Your Applicant respectfully requests leave to withdraw as counsel pursuant to D.N.J. LBR 9010-2(b), which prohibits withdrawal without Court approval. *Id.*

### CONCLUSION

9.      Based on the foregoing, Middlebrooks Shapiro, P.C. respectfully requests authorization to withdraw as counsel for the Debtor pursuant to Local Rule 9010-2(b).

10.     By copy of the within moving papers, MSPC the Debtor, Office of the United States Trustee, as well as all other parties that have requested notice via CM/ECF, are hereby provided notice of the relief sought herein.

**WHEREFORE,** Your Applicant respectfully requests entry of the proposed form of Order Authorizing Middlebrooks Shapiro, P.C. to Withdraw as Counsel to 125 Berckman St., LLC, the Chapter 11 Debtor and Debtor-In-Possession, and for entry of such other and further relief as the Court deems just and proper.

Respectfully submitted,

**MIDDLEBROOKS SHAPIRO, P.C.**
*Withdrawing Counsel to*
*Chapter 11 Debtor and Debtor-in-Possession*
125 Berckman St., LLC


/s/   Melinda Middlebrooks
Dated:  June 1, 2026                By:  Melinda D. Middlebrooks, Esq.

3