**MIDDLEBROOKS SHAPIRO, P.C.**
P.O. Box 1630
Belmar, New Jersey 07719-1630
(973) 218-6877
Joseph M. Shapiro, Esq.
jshapiro@middlebrooksshapiro.com
*Withdrawing Counsel for 125 Berckman St., LLC,*
*Chapter 11 Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>**125 BERCKMAN ST., LLC**,<br><br>      Chapter 11 Debtor<br>      and Debtor-in-Possession. | Chapter 11<br><br>Case No.: 26-15661-CMG<br><br>Honorable Christine M. Gravelle<br><br>Hearing Date: June 9, 2026 at 11:00 a.m. |

**CERTIFICATION OF JOSEPH M. SHAPIRO, ESQ. IN RESPONSE TO**
**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR**
**FAILURE TO FILE DOCUMENTS OR EXTEND TIME DATED MAY 20, 2026**

Joseph M. Shapiro, Esq., of legal age, hereby certifies and says:

1.　I am a Partner with the law firm of Middlebrooks Shapiro, P.C. ("MSPC"), which is proposed counsel to 125 Berckman St, LLC., the above-captioned Chapter 11 debtor and debtor-in-possession (the "Debtor") and, as such, I have personal knowledge of the facts recited herein.

2.　I submit this Certification in response to the *Order to Show Cause Why Case Should Not Be Dismissed for Failure to File Documents or Extend Time* filed on May 20, 2026 (Docket No. 6) (the "Order to Show Cause").

3.　On May 19, 2026, MSPC was retained by the Debtor to represent its interests in connection with the instant case, and was paid a $7,500.00 retainer and this Court's $1,738.00 filing fee, totaling $9,238.00, by way of a check in the amount of $7,238.00 from the Debtor's

member's (Nayana Yogesh Patel's) personal bank account (the "Check") along with $2,000.00 in cash representing the balance due under MSPC's retainer agreement.

4.      On May 19, 2026, the Debtor, by and through MSPC, filed its emergency Voluntary Chapter 11 Petition (Docket No. 1) (the "Petition") with this Court commencing the instant case. The Petition was filed as an emergency petition in light of a sheriff's sale of the Debtor's real property that was scheduled for the next day, May 20, 2026.

5.      On May 20, 2026, the Court entered the Order to Show Cause.

6.      On or about May 21, 2026, MSPC received notice that the Check was dishonored (bounced) by Ms. Patel's bank.

7.      MSPC immediately advised the Debtor of this issue.

8.      Between May 21, 2026 and the date of this Certification, the undersigned was in sporadic communication with the Debtor's member Ms. Patel and/or with her son Bhavesh Patel regarding this payment issue and regarding the status of this case.

9.      During this period, the undersigned was advised that the Patel family travelled to India to attend to a death in the family, and assurances were made that replacement funds would be paid to MSPC despite their travels.

10.      Despite promises that replacement funds would be tendered to MSPC by or on behalf of the Debtor, no payment was made to MSPC.

11.      Accordingly, on June 1, 2026, MSPC filed its motion to withdraw as counsel to the Debtor (Docket No. 11) (the "Motion") which is currently returnable June 23, 2026.

12.      Today, June 8, 2026, the undersigned was advised by Bhavesh Patel that he made a payment of $7,200.00 ($38.00 short of the outstanding amount due) to MSPC using his personal

2

Discover card (the "Replacement Funds"); the Replacement Funds have not yet cleared MSPC's bank.

13.    The Debtor has not yet provided MSPC with the documents and information necessary for the Debtor to comply with the Order to Show Cause. However, the Debtor's member Mrs. Patel, through her son Bhavesh Patel, has communicated her desire to continue to pursue reorganization through this case, and to address all outstanding issues to satisfy the Order to Show Cause.

14.    In light the Debtor's apparent payment of substantially all amounts due under its retainer agreement with MSPC (subject to the funds clearing), and in light of the Debtor's member's representation of her interest in pursuing this reorganization, MSPC respectfully requests a one (1) week adjournment of the Order to Show Cause to permit the Debtor time to address the foregoing issues.

I hereby certify that the statements contained herein are true and correct to the best of my knowledge, information, and belief. If such statements made by me are willfully false, I understand that I am subject to punishment.

/s/ Joseph M. Shapiro

Joseph M. Shapiro, Esq.

Dated: June 8, 2026