UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on June 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

125 Berckman St LLC

Case No.: _____26-15661-CMG_____

Chapter: _____11_____

Judge: _____Christine M. Gravelle_____

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

—

**DATED: June 11, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

After review of the application of __Jessica M. Minneci on behalf of the Debtor__ for a reduction of time for a hearing on _____Motion to Impose Automatic Stay_____ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____June 16, 2026_____ at __10:00AM__ in the United States Bankruptcy Court,  402 E. State Street, Trenton, NJ 08608 Courtroom No. _3_____.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _U.S. Trustee, James E. Shelton, Team 3 Financial, LLC, I.R.S., New Jersey Division of Taxation_____

_____

by ☒ each, ❑ any of the following methods selected by the Court:

❑ fax, ☒ overnight mail, ❑ regular mail, ☒ email, ❑ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: _____

_____

by ❑ each, ❑ any of the following methods selected by the Court:

❑ fax, ❑ overnight mail, ❑ regular mail, ❑ email, ❑ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

❑ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

❑ must be provided to _____

❑ on the same day as the date of this Order, or

❑ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

    ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute said motion/application and any objections.

    ❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.   ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

    ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*